IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

LEONARD PONDER,                        *

      Plaintiff,                  *

vs.                                    *
                                            CASE NO. 4:13-CV-74 (CDL)
WENDY ISHMAN, et al.,                  *

      Defendants.*


ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE


    After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 6, 2013 is hereby approved, adopted, and made the Order of the Court.  The objections of the Plaintiff have been considered and are found to be without merit.  Plaintiff's claims against Paul Morris are dismissed without prejudice.  Plaintiff's claims against Wendy Ishman may proceed.

    IT IS SO ORDERED, this 31st day of May, 2013.


                      s/Clay D. Land
                      CLAY D. LAND
                      UNITED STATES DISTRICT JUDGE